UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELY LOPEZ-DOMENCH,<br><br>                                Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>                                Respondents. | Case No.:  26-cv-68-RSH-AHG<br><br>**ORDER REQUIRING RESPONSE TO PETITION AND SETTING BRIEFING SCHEDULE** |

On January 6, 2026, Petitioner Rely Lopez-Domench filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Petition"). ECF No. 1. Having reviewed the Petition, the Court concludes that summary dismissal is not warranted at this time. Accordingly, the Court sets the following briefing schedule:

//

//

//

//

//

1. Respondents shall file a return to the Petition by no later than **January 20, 2026**.

2. Petitioner may, but is not required to, file a traverse in support of the Petition by no later than **January 23, 2026**.

3. A hearing on the Petition is set for **January 29, 2026** at **1:30 p.m.** in Courtroom 3B.

**IT IS SO ORDERED.**

Dated: January 6, 2026

*Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge