UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELY LOPEZ-DOMENCH,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,<br><br>　　　　　　　　　　Respondents. | Case No.:  26-cv-68-RSH-AHG<br><br>**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS** |

　　　　On January 6, 2026, petitioner Rely Lopez-Domench filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner argued that rather than being subject to mandatory detention under 8 U.S.C. § 1225(b)(2)(A), he is entitled to a bond hearing under 8 U.S.C. § 1226(a). The same day the Petition was filed, the Court issued a briefing schedule. ECF No. 2.

　　　　On January 20, 2026, Respondents filed a return acknowledging, in light of developments in a case pending in the U.S. District Court for the Central District of California, that "Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 4 at 2.

　　　　//

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner Rely Lopez-Domench before an immigration court pursuant to 8 U.S.C. § 1226(a) within ***seven (7) days*** of this order as described above. To the extent Petitioner seeks to recover fees or costs, he must do so in the manner prescribed by the Federal Rules of Civil Procedure, the Local Rules of this Court, and the undersigned's chambers rules. Any request for fees must be made by duly noticed motion. The Court **VACATES** the hearing date set for January 29, 2026.

**IT IS SO ORDERED**.

Dated: January 20, 2026

*Robert S. Huie*
_____
Hon. Robert S. Huie
United States District Judge